# LANDIS RATH & COBB LLP

### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Matthew B. McGuire
Direct Dial: 302.467.4416
Email: mcguire@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

October 23, 2009

<u>By E-Filing and Hand Delivery</u>

The Honorable Gregory M. Sleet
Chief United States District Judge
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware  19801

Re:  *In re Washington Mutual, Inc., et al.*, Civil Action No. 09-cv-00615 (GMS)
*JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc., et al.*, Civil Action No.,
09-00656 (GMS)

Dear Chief Judge Sleet:

On behalf of JPMorgan Chase Bank, N.A. ("JPMC"), I write to join in Appellees'
request for oral argument of the consolidated appeal in *In re Washington Mutual, Inc., et al.*,
Civil Action No. 09-cv-00615 (GMS).  In addition to joining in the Appellees' request for oral
argument in that appeal, JPMC respectfully requests oral argument on the fully-briefed Motion
for Withdrawal of the Reference of the Adversary Proceedings pending in *JPMorgan Chase
Bank, N.A.* v. *Washington Mutual, Inc., et al.*, No. 09-00656 (GMS), which presents related
issues and, if granted, should result in the transfer of these matters to the United States District
Court for the District of Columbia.

Very truly yours,

Matthew B. McGuire

cc:    Counsel of Record

{10.000-W0003609.}