IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION

      Plaintiff,

v.

WASHINGTON MUTUAL INC., WMI
INVESTMENT CORP.

      and

FEDERAL DEPOSIT INSURANCE
CORPORATION

      Defendants.

Civil Action No. 09-656 (GMS)

---

## NOTICE OF ORDER STAYING D.C. ACTION

Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (together with WMI, "Debtors"), as debtors in possession, respectfully submit this notice of the order entered on January 7, 2010 by the United States District Court for the District of Columbia granting Debtors' motion to stay in its entirety the action the Debtors commenced on March 20, 2009 (the "DC Action") against the Federal Deposit Insurance Corp. ("FDIC"), pending resolution of the Debtors' bankruptcy cases by United States Bankruptcy Court for the District of Delaware. The decision bears upon the argument asserted by JPMorgan Chase Bank, N.A. ("JPMC") and the FDIC in connection with JPMC's motion pending before the Court for an order withdrawing the reference from the Bankruptcy Court with respect to two adversary proceedings: *JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc.*, Adv. Proc. No. 09-50551 (MFW) (Bankr. D. Del); and *Washington*

*Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934 (MFW) (Bankr. D. Del). A copy of the order is attached hereto as **Exhibit A**.

Dated: January 11, 2010      **ELLIOTT GREENLEAF**
       Wilmington, Delaware

                                */s/ Neil R. Lapinski*
                          Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
                          Neil R. Lapinski (DE Bar No. 3645)
                          Shelley A. Kinsella (DE Bar No. 4023)
                          1105 North Market Street, Suite 1700
                          Wilmington, Delaware 19801
                          Telephone: (302) 384-9400
                          Facsimile: (302) 384-9399
                          Email: rxza@elliottgreenleaf.com
                          Email: nrl@elliottgreenleaf.com
                          Email: sak@elliottgreenleaf.com

                          -and-

                          QUINN EMANUEL URQUHART
                          OLIVER & HEDGES, LLP
                          Peter E. Calamari
                          Michael B. Carlinsky
                          Susheel Kirpalani
                          David Elsberg
                          51 Madison Avenue
                          New York, New York 10010
                          Telephone: (212) 849-7000
                          Facsimile: (212) 849-7100
                          Email: petercalamari@quinnemanuel.com
                          Email: michaelcarlinsky@quinnemanuel.com
                          Email: susheelkirpalani@quinnemanuel.com
                          Email: davidelsberg@quinnemanuel.com

                          Erica P. Taggart
                          865 S. Figueroa Street, 10th Floor
                          Los Angeles, California 90017
                          Telephone: (213) 443-3000
                          Facsimile: (213) 443-3100
                          Email: ericataggart@quinnemanuel.com

                          *Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp.*